155 A.3d 438

**ESTATE OF Katherine Sarah MORRIS**

v.

**GOODMAN**

**Pet. Docket No. 528, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Petition for writ of certiorari dismissed

■

155 A.3d 438

**GREEN, Rodney**

v.

**WARDEN**

**Pet. Docket No. 544, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2005, Sept. Term, 2015).

Petition for writ of certiorari dismissed